**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02472-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

NORMAN RICHARD CATMAN JR.,

    Plaintiff,

v.

McDONALD'S CORPORATION, African America Employee Wearing Blue McDonald's Shirt, and All Others Found Culpable, et al.,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff Norman Richard Catman Jr. currently is detained at the Park County Detention Facility in Fairplay, Colorado.   Plaintiff has submitted a pleading titled, "Civil Suit for Damages," ECF No. 1, and a Motion to File In Forma Pauperis, ECF No. 3.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   _X_   is missing a certified prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing a certified account statement showing the current balance in

|      |      | Plaintiff's prison account is not certified |
|------|------|---|
| (5)  | ___  | is missing required financial information |
| (6)  | ___  | is signed but not dated by the prisoner |
| (7)  | _X_  | is not on proper form (must use the Court's current form) |
| (8)  | ___  | names in caption do not match names in caption of complaint, petition or habeas application |
| (9)  | ___  | is missing a signed authorization to allow agency to disburse funds from inmate account |
| (10) | ___  | other: |

**Complaint, Petition or Application**:

| (11) | ___ | is not submitted |
|------|-----|---|
| (12) | _X_ | is not on proper form (must use the Court's current form used in filing a prisoner complaint) |
| (13) | ___ | is missing an original signature by the prisoner |
| (14) | ___ | is missing page nos. ___ |
| (15) | ___ | uses et al. instead of listing all parties in caption |
| (16) | ___ | names in caption do not match names in text |
| (17) | ___ | other: |

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Plaintiff shall obtain the current Court-approved forms used in filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915   (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. for use in curing deficiencies.   It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED November 10, 2015, at Denver, Colorado.

BY THE COURT:

2

s/Gordon P. Gallagher
United States Magistrate Judge

3