IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02472-LTB

NORMAN RICHARD CATMAN JR.,

    Plaintiff,

v.

McDONALD'S CORPORATION, and
AFRICAN AMERICAN EMPLOYEE WEARING BLUE SHIRT, and
ALL OTHERS FOUND CULPABLE,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 29, 2016, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 29 day of February, 2016.

                             FOR THE COURT,

                             JEFFREY P. COLWELL, Clerk

                             By: s/  A. García Gallegos
                             Deputy Clerk